EL PUEBLO, DEMANDANTE Y APELADO *v.* VÉLEZ, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Mayagüez, en causa por asesinato en segundo grado.

No. 2103.—Resuelto en julio 28, 1923, por los fundamentos de la opinión en el caso No. 2065, *El Pueblo* v. *Vélez*, de julio 28, 1923, se confirma la sentencia apelada.

Abogado del apelante: *Sr. A. A. Vázquez.*
Abogado del pueblo: *Sr. José E. Figueras, Fiscal.*

*Confirmada.*

Jueces concurrentes Sres. Presidente del Toro y Asociados Aldrey, Hutchison y Franco Soto.

El Juez Asociado Sr. Wolf no tomó parte en la resolución de este caso.